IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RSUI, INC. and LANDMARK AMERICAN INSURANCE COMPANY | § § § § | |
| V. | § | NO. 1:10-CV-493 |
| K. RACHWAL ENTERPRISES, INC., ET AL. | § § § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on August 31, 2010.[1] The court has received and considered the report of the United States magistrate judge, who recommends that the court enter final judgment upon receipt of closing papers from the parties.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been vacated, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.
So **ORDERED** and **SIGNED** this **12** day of **August, 2011.**

_____
Ron Clark, United States District Judge

---

[1] On August 4, 2011, this case was reassigned to United States Magistrate Judge Zack Hawthorn.